■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN TAMPU-BOLON, Appellant. — Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered on April 30, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur — Murphy, P. J., Ross, Carro, Lynch and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MIGUEL OLIVO RODRIGUEZ, Also Known as JOSE MIGUEL OLIVOR RODRIGUEZ, Also Known as JOSE MIGUEL OLIVIO RODRIGUEZ, Appellant. — Appeal from judgment, Supreme Court, Bronx County (Frank Blangiardo, J.), rendered on January 17, 1983, unanimously dismissed as waived. Were we to consider the merits, we would affirm. No opinion. Concur — Murphy, P. J., Ross, Carro, Lynch and Ellerin, JJ.